UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**ACTION EXCAVATION, LLC,**

Debtor.

Case No. **21-20175-BPH**

# ORDER

      In this Chapter 7 bankruptcy, the Trustee filed a "Motion for Expedited Notice Period" on May 4, 2022, at ECF No. 16 ("Motion"). The Motion seeks to shorten the time in which parties-in-interest may object to the "Notice of Trustee's Intent to Sell Estate Property" (ECF No. 15) ("Notice"). Fed. R. Bankr. P. 2002(a)(2) generally requires 21 days' notice of a sale of property under 11 U.S.C. § 363(b). However, Fed. R. Bankr. P. 9006(c) permits the Court, for cause shown, to reduce the notice period otherwise required under Fed. R. Bankr. P. 2002(a)(2). The Court finds cause to reduce the notice period based on the cash offer presented to the broker employed by the estate, the lack of other offers to date, and the age and condition of the vehicles to be sold resulting in diminishing value to the estate. Accordingly,

      IT IS ORDERED that the Motion is granted. Parties in interest shall file any written opposition to the Notice on or before **May 16, 2022.**

Dated May 5, 2022

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana